**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1760**

———————

SARA ELIZABETH LILLY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph Robert Goodwin, District Judge.  (CA-00-1006-2)

———————

Submitted:  December 14, 2001      Decided:  December 20, 2001

———————

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert A. Taylor, MASTERS & TAYLOR, L.C., Charleston, West Virginia, for Appellant.  Robert D. McCallum, Jr., Assistant Attorney General, Charles T. Miller, United States Attorney, Anthony J. Steinmeyer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sara Elizabeth Lilly appeals from the district court's order granting the United States' motion to dismiss, under Fed. R. Civ. P. 12(b)(6), her complaint filed under the Federal Tort Claims Act, 28 U.S.C.A. § 1346(b) (West Supp. 2001), 28 U.S.C.A. §§ 2671-2680 (West 1994 & Supp. 2001). We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lilly v. United States</u>, No. CA-00-1006-2 (S.D.W. Va. May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2